Opinion issued January 5,
2012.

 



 

 

 

 

 

 

In
The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-01036-CR

____________

 








DAVID WAYNE POPE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 

On Appeal from the 263rd
District Court

Harris County, Texas

Trial Court Cause No. 1271810

 

 



MEMORANDUM
OPINION








          Appellant, David Wayne Pope, has filed
a motion to withdraw the appeal.   The
motion complies with Texas Rule of Appellate Procedure 42.2(a).  See
Tex. R. App. P. 42.2(a).  We have not issued a decision in the appeal.  The Clerk of this Court has sent a duplicate
copy to the trial court clerk. Id.

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).
 We dismiss any pending motions as moot.

We direct the Clerk to issue the
mandate within 10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes, Higley, and Massengale.

 

Do not publish. 
Tex. R. App. P.
47.2(b).